IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES E. MOORE | ) |
| AIS # 297332 | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-00423-JB-N |
| | ) |
| WARDEN RAYBON, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 18) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 13, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Charles E. Moore's complaints (Docs. 1, 14, 15) be **DISMISSED without prejudice** for failure to prosecute. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 3rd day of January, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE